SCHEER v. LONG ISLAND R. CO. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William Scheer against the Long Island Railroad Company. No opinion. Judgment affirmed, without costs to either party. See, also, 127 App. Div. 267, 111 N. Y. Supp. 569.

SCHERR, Appellant, v. PIONEER IRON WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12 1909.) Action by Frederick Scherr against the Pioneer Iron Works and others. No opinion. Judgment affirmed, with costs.

SCHILT, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15 1909.) Action by Esther Schilt against the City of New York and others. With this case has been consolidated in this court, cases bearing titles as follows: Thomas A. Rickert, as President, Respondent, v. Henry White, Appellant; Catharine De Wolf, Appellant, v. Simeon Ford et al., Respondents (two cases); Samuel Thier, Appellant, v. Tobe Thier, Respondent; Lazar Schneider, Appellant, v. David Sussman et al., Respondents; Max Rothbart v. David Sussman et al.; James E. Waters, Appellant, v. Terry & Tench Co., Respondent; Henry C. Mumbrauer, Appellant, v. David H. Morris et al., Respondents; Mary Nugent, as Administratrix, Appellant, v. Clyde Steamship Company, Respondent; William Carter, Appellant, v. Builders' Construction Co. et al., Respondents (four cases); Baltimore Bridge Co., Respondent, v. John F. Cockerill et al., Appellants; Theodore Schmalholz v. Hotel Gotham Co.; Matter of Gilbert H. Montague as Receiver; James Beggs, Respondent, v. Harlow M. Seeley, Appellant; Samuel Markowitz, Appellant, v. Mildred Markowitz, Respondent. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 130 App. Div. 609, 115 N. Y. Supp. 339.

In re SCHLOSSER. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) In the matter of the judicial settlement of the account of proceedings of Francis Schlosser, administrator, etc., of Elizabeth Schlosser, deceased. No opinion. Motion denied, without costs. See, also, 116 N. Y. Supp. 794, 796.

In re SCHMIDT. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) In the matter of the application of Henry Schmidt for payment of an award, etc., in proceedings to acquire a school site on the northerly side of Covert avenue, etc. No opinion. Application referred to Simeon B. Chittenden to hear and report.

SCHMITT, Respondent, v. NEW YORK LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Elizabeth Schmitt against the New York Life Insurance Company. No opinion. Interlocutory judgment af-

firmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

SCHNEIDER v. FINKELSTEIN. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Charles Schneider against Morris F. Finkelstein. With this case has been consolidated in this court, cases bearing titles as follows: Monro G. Dessauer v. John B. Sagarra; Henry Erkins v. John Tucker; Frederick Engelhardt v. James T. Fargo; Joseph Kirschner v. Fourteenth Street Store. No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 107 N. Y. Supp. 126; 62 Misc. Rep. 495, 115 N. Y. Supp. 256.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion denied, without costs.

SCHOONMAKER, Respondent, v. FETTEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by George W. Schoonmaker against Henry Fettel. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHULTZ, Respondent, v. WILLETT, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Barbara Schultz, an infant, by John J. Francis, her guardian ad litem, against William Willett, Jr. No opinion. Judgment and order unanimously affirmed, with costs.

SCHUMACHER v. GREAT EASTERN CASUALTY & INDEMNITY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Clara Schumacher against the Great Eastern Casualty & Indemnity Company of New York. No opinion. Motion granted, and question certified. Order filed.

SCHWARTZ, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Aaron Schwartz, as administrator, etc., of Samuel Schwartz, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHWARTZ, Respondent, v. STATE BANK, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Benjamin Schwartz against the State Bank. No opinion. Application granted. Order signed. See, also, 63 Misc. Rep. 265, 116 N. Y. Supp. 701.

SCHWARZ, Appellant, v. SWEITZER, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.)

Action by Margareth Schwarz against Ida Sweitzer. No opinion. Judgment affirmed, with costs.

SCOFIELD, Appellant, v. BARNES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Ezra J. Scofield against James T. Barnes and another. No opinion. Judgment and order affirmed, with costs.

SEAMAN et al., Appellants, v. McLAURY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Emma Seaman and others against Edward R. McLaury as executor, etc., and others. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 809.

SEARLE, Appellant, v. HALSTEAD & CO., Respondent. CITY OF NEW YORK, Appellant, v. CORN et al., Respondents. DRESSEL et al., Appellants, v. A. HUPFEL'S SONS, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Actions by Clifford N. Searle against Halstead & Co., by the city of New York against Henry Corn and another, and by Simon Dressel and others against A. Hupfel's Sons. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 130 App. Div. 693, 115 N. Y. Supp. 405; 117 N. Y. Supp. 514.

SECORD, Respondent, v. BROADHEAD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Irene Secord against William Broadhead and others. No opinion. Judgment and order affirmed, with costs.

SELIGMAN, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Lewis Seligman against Henrietta G. Andrews. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SENECA NATION OF INDIANS, Respondent, v. JIMESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by the Seneca Nation of Indians against George T. Jimeson. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 62 Misc. Rep. 91, 114 N. Y. Supp. 401.

SEVESS, Respondent, v. LINCOLN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Jennie Sevess, an infant, against Arthur W. Lincoln. H. G. Allen, for appellant. A. F. Clark, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SEYMOUR, Respondent, v. BENNETT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Harry M. Seymour against James A. Bennett and another. No opinion. Motion denied, with costs.

SHAUGHNESS, Respondent, v. SOTHERN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Charles Shaughness against Edward H. Sothern and another. No opinion. Order affirmed, with $10 costs and disbursements.

SHERMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Blanche Sherman against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the evidence as to defendant's negligence and plaintiff's freedom from contributory negligence presented questions of fact for the jury.

ROBSON, J., dissents.

SHERWOOD, Respondent, v. RULON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by M. Cecilia Sherwood, as trustee, etc., against Carrie M. Rulon and others. No opinion. Order affirmed, with $10 costs and disbursements.

SHIPPY et al., Appellants, v. UNION BAG & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Hiram S. Shippy and another against the Union Bag & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHULER, Appellant, v. R. S. WESTON TRUCK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Henry Shuler against the R. S. Weston Truck Company. No opinion. Judgment and order affirmed, with costs.

SIEGEL, Respondent, v. ROSENZWEIG, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Harris Siegel against Victor Rosenzweig.

PER CURIAM. Motion denied, on condition that the appeal be perfected and placed on the next calendar of this court, and that the appellant pay $10 costs of this motion within 10 days; otherwise, motion granted, with costs. See, also, 129 App. Div. 547, 114 N. Y. Supp. 179.

SIEGMUND, Respondent, v. HAMATI et al., Appellants. (Supreme Court, Appellate